UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Lester Dobbey

                                   Plaintiff,

v.                                                     Case No.: 1:12–cv–01739
                                                               Honorable Robert M. Dow Jr.

Jacqueline Mitchell–Lawshea, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2016:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing set for 7/27/2016 is stricken and a back up status hearing is set for 9/29/2016 at 9:00 a.m. If a stipulation of dismissal is filed before the next status hearing, the hearing will be cancelled and the case closed. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.